|  |  |
|---|---|
| | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY |
| UNITED STATES OF AMERICA : | Docket Number     09-5525 (KMW) |
| v.                                              : | |
|                                                     : | **ORDER GRANTING** |
|                                                     : | **PERMISSION TO ATTEND FUNERAL** |
| LONNIE HAMPTON                  : | |

This matter having come before the Court on motion by the defendant Lonnie Hampton, through his attorney Rocco C. Cipparone, Jr., Esquire, and with the consent of the government, by and through Assistant U.S. Attorney Patrick Askin,

IT IS on this 1st day of December, 2009, hereby

ORDERED that defendant Hampton is hereby permitted to attend the funeral of Leroy Scott on Friday, December 4, 2009, which funeral will take place in Lindenwold, NJ, and also is permitted to attend any attendant luncheon thereafter. The specific times for which the defendant may be out of his home is left to the discretion of U.S. Pretrial Services. All other terms and conditions of bail as previously set shall remain unmodified.

_____
HON. KAREN M. WILLIAMS